Little Rock, AR

Date: 7/21/2020

To

The Clerk of the court,

District Court, D. Delaware.

**Reg: Withdrawal of lawsuit "Guyyala v. D'Souza (1:20-cv-00945)"**

My name is Ravindra Guyyala and I am resident of Little Rock, Arkansas. I came to know on July 18'th 2020 that a lawsuit named "Guyyala v. D'Souza (1:20-cv-00945)" filed in your court on my behalf. I did not authorize the attorney to file a law suit on my behalf and I am not willing to be a party in this lawsuit. I do not have a copy of the documents filed by the law firm as the firm did not share those documents with me. I have contacted the law firm Lifshitz and Miller LLP via email and on phone regarding this. I haven't got any response from the law firm.

So, I am submitting a written request the esteemed court to withdraw this lawsuit. Thank you very much for your assistance in this matter. Should you have any questions, please feel free to contact me.

Thank you,

*[Signature] 7/21/2020*

Ravindra Guyyala
56 Tournay Cir,
Little Rock, AR - 72223
Phone: 201-606-5425
Email: ravindra.guyyala@gmail.com



FILED
JUL 2 4 2020
US DISTRICT COURT
DISTRICT OF DELAWARE



