## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVINDRA GUYYALA, Derivatively on Behalf of Nominal Defendant COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, <br><br>  Plaintiff, <br><br> v. <br><br> FRANCISCO D'SOUZA, KAREN MCLOUGHLIN, GORDON COBURN, STEVEN SCHWARTZ, ZEIN ABDALLA, VINITA BALI, MAUREEN BREAKIRON-EVANS, ARCHANA DESKUS, JOHN DINEEN, JOHN N. FOX JR., BRIAN HUMPHRIES, LEO S. MACKAY JR., MICHAEL PATSALOS-FOX, JOSEPH M. VELLI, and SANDRA S. WIJNBERG, <br><br> Defendants, <br><br> and <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, <br><br> Nominal Defendant. | C.A. No. 1:20-cv-00945-LPS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiff Ravindra Guyyala ("Plaintiff") voluntary dismisses his claims in the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

1

Dated: July 24, 2020

**OF COUNSEL:**

**LIFSHITZ LAW FIRM, P.C.**
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Tel.: (516) 493-9780
Fax: (516) 280-7376

**O'KELLY & ERNST, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
824 N. Market Street, Suite 1001A
Wilmington, Delaware  19801
Tel.: (302) 778-4000
Fax: (302) 295-2873
rernst@oelegal.com

*Counsel for Plaintiff Ravindra Guyyala*